# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS VALENTINE,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>GEORGE WASHINGTON MEDICAL FACULTY ASSOCIATES,<br><br>DISTRICT HOSPITAL PARTNERS,<br><br>Defendants. | Civil Action No. 1:24-cv-01081-RC |

**DECLARATION OF BRUNO FERNANDES**

I, Bruno Fernandes, have personal knowledge of the matters stated in this declaration and am competent to testify to them. I declare that:

1. I am currently employed by the George Washington University ("GW" or the "University") as Executive Vice President, Chief Financial Officer and Treasurer. I have been employed by GW since April 2021, having initially served as GW's Vice President of Finance and Treasurer.

2. Beginning in approximately July 1997, the George Washington University Hospital ("Hospital") was jointly owned and operated through a limited partnership between the University and a subsidiary of Universal Health Services, Inc. ("UHS") called District Hospital Partners ("DHP"). UHS is a for-profit company headquartered in King of Prussia, Pennsylvania that operates over 400 acute care hospitals, behavioral health facilities and ambulatory care centers. UHS held an 80 percent interest in DHP as the general partner, and the University held a 20 percent non-management interest in DHP as a limited partner.

3. On August 22, 2022, the University and UHS restructured terms of their agreement regarding the Hospital.

4. Under the restructured agreement, DHP was reorganized with the elimination of GW as limited partner and UHS became the sole owner of the Hospital by purchasing the 20 percent minority interest from the University.

5. The University issued a press release about the restructuring, available at the following link: https://mediarelations.gwu.edu/universal-health-services-and-george-washington-university-restructure-gw-hospital-partnership (last visited Sept. 3, 2024).

6. The University did not own, operate, manage, or otherwise control the Hospital after the restructuring and did not do so on April 11, 2023.

7. Further, while individuals at the GW School of Medicine and Health Sciences ("Medical School") continue to perform certain services at the Hospital in an academic capacity after the restructuring, (e.g., medical residents see patients at the Hospital), the University does not and did not employ any Hospital gift shop employees, Hospital Concierge employees, Hospital security guards/employees, Hospital nurses, the Hospital emergency room manager, or Hospital patient experience employees, on April 11, 2023, or any time before or since the restructuring.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Dated: Washington, DC
September 06, 2024

Bruno Fernandes



313455463v.2