# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| THOMAS VALENTINE,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY,<br><br>GEORGE WASHINGTON MEDICAL FACULTY ASSOCIATES,<br><br>DISTRICT HOSPITAL PARTNERS,<br><br>Defendants. | Civil Action No. 1:24-cv-01081-RC |

**DECLARATION OF RICO WADE**

I, Rico Wade, have personal knowledge of the matters stated in this declaration and am competent to testify to them. I declare that:

1. I am currently employed by GW Medical Faculty Associates ("MFA") as Chief Human Resources and Diversity Officer. I have held this position since April 2023.

2. MFA is an independent, non-profit academic physician practice in the Washington, D.C. metro region with more than 500 Physicians and 200 Advanced Practice Providers.

3. Some physicians employed by the MFA have medical privileges at the George Washington University Hospital (the "Hospital").

4. MFA did not own, operate, or otherwise control the Hospital at any time before, on, or after April 11, 2023.

5. Before, on, or after April 11, 2023, MFA did not employ any:

   a. gift shop employees who worked at the Hospital;

b. Hospital concierge employees, who worked at the Hospital;

c. Emergency room nurses who worked at the Hospital;

d. Emergency department managers who worked at the Hospital;

e. Hospital Patient Experience personnel who worked at the Hospital; or

f. Hospital security guards or other hospital security personnel.

I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Rico Wade

Dated: Washington, DC
September 5, 2024

RICO WADE