**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| THOMAS VALENTINE, | : | | |
| Plaintiff, | : | Civil Action No.: | 24-1081 (RC) |
| v. | : | Re Document Nos.: | 26, 29 |
| GEORGE WASHINGTON UNIVERSITY, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

**GRANTING DEFENDANT DISTRICT HOSPITAL PARTNERS' MOTION TO DISMISS; GRANTING DEFENDANTS GEORGE WASHINGTON UNIVERSITY AND GEORGE WASHINGTON MEDICAL FACULTY ASSOCIATES' MOTION TO DISMISS**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, George Washington University and George Washington Medical Faculty Associates' motion to dismiss (ECF No. 26) is **GRANTED** and District Hospital Partners' motion to dismiss (ECF No. 29) is **GRANTED**. It is hereby:

**ORDERED** that this action be dismissed; and it is

**FURTHER ORDERED** that Plaintiff is granted leave to file a second amended complaint against District Hospital Partners that specifically articulates why his disability is protected by the D.C. Human Rights Act.

**SO ORDERED**.

Dated: July 21, 2025

RUDOLPH CONTRERAS
United States District Judge